OPINION — AG — ** SCHOOL TEACHERS CONTRACT — TERMINATION ** A BOARD OF EDUCATION MAY TERMINATE A TEACHER'S CONTRACT UNDER THE TERMS OF 70 O.S. 6-1 [70-6-1](E), RATHER THAN 70 O.S. 6-24 [70-6-24], WHERE A TEACHER IS NOTIFIED IN WRITING PRIOR TO APRIL 10 OF HIS THIRD YEAR WITH A SCHOOL DISTRICT THAT HIS CONTRACT WILL BE TERMINATED. (CERTIFIED MAIL, TEACHER, CONTRACT, TENURED, TERMINATION) CITE: 70 O.S. 6-1 [70-6-1], 70 O.S. 6-24 [70-6-24] (PENN LERBLANCE)